UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20311-KMW

UNITED STATES OF AMERICA

vs.

FRANCISCO TEODORO TAVAREZ MENDEZ,
    a/k/a "Kiko," and
PEDRO JUAN DOMINGUEZ,
    a/k/a "Perucho,"

       Defendant.
_____/

**NOTICE OF APPEARANCE**

    Assistant United States Attorney Jorge R. Delgado appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                                                Respectfully submitted,

                                                **MARKENZY LAPOINTE**
                                                **UNITED STATES ATTORNEY**

                          By:    *s/ Jorge R. Delgado*
                                       Jorge R. Delgado
                                       Assistant United States Attorney
                                       Florida Bar No. 084118
                                       U.S. Attorney's Office
                                       500 E. Broward Blvd., Suite 700
                                       Fort Lauderdale, FL 33394
                                       Telephone: (954) 660-5954
                                       E-mail: Jorge.Delgado2@usdoj.gov