UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20311-KMW-2

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

Pedro Juan Dominguez
    Defendant.
_____/

COMES NOW  Jessica Caso-Pedraja  and files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Jessica Caso-Pedraja

Counsel's Signature: [signature]

Address (include City/State/Zip Code):

9700 South Dixie Highway
Suit 600
Miami FL. 33156

Telephone: 3058109781         Florida Bar Number: 482234

Date: 1/21/2025