# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date: 01/21/25     Time: 2:00 p.m.

Defendant: Pedro Juan Dominguez          J#: 13978-506     Case #: 24-20311-CR-WILLIAMS/GOODMAN

AUSA: Robert Motani          Attorney: Jessica Caso-Pedraja-TEMP

Violation: Conspiracy to distribute a controlled substance          Surr/Arrest Date: 01/17/2025     YOB: 1955

Proceeding: Initial Appearance          CJA Appt:

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond: TEMP - Pretrial Retention

Bond Set at: _____          Co-signed by: _____

| | | |
|---|---|---|
| ☐ | Surrender and/or do not obtain passports/travel docs | Language: **Spanish** |

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

**Disposition:**
Deft. advised of rights and charges

Atty Jessica Caso-Pedraja filed a temporary N.O.A.

Out-of-state NY Atty Robert Wolf present will file a motion to appear pro hac vice;

Gov't seeks PTD, flight/danger

☑ Mtn for PTD hearing is Granted.

Brady order given

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel: 2-4-25   10:00 am   Duty Magistrate Judge

PTD/Bond Hearing: 1-29-25   1:00 pm   Duty Magistrate Judge

Prelim/Arraign or Removal: 2-4-25   10:00 am   "   "   "

Status Conference RE: _____

D.A.R. 15:26:03 ; 15:31:23          Time in Court: 11 Minutes

s/Lauren F. Louis          Magistrate Judge