UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-cr-20311-KMW-2

UNITED STATES OF AMERICA

v.

Pedro Juan Dominguez,

      Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Robert Wolf of the law firm Moses Singer LLP 405 Lexington Avenue, New York, NY 10174 – 212 554-7825 for purposes of appearance as co-counsel on behalf of Defendant Pedro Juan Dominguez in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Robert Wolf to receive electronic filings in this case, and in support thereof states as follows:

    1.    Robert Wolf is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of New York.

    2.    Movant, Jessica Caso Pedraja, Esquire, of the law firm of Caso Pedraja Law P.A. is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

      3.     In accordance with the local rules of this Court, Robert Wolf has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

      4.     Robert Wolf, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Robert Wolf at email address: rwolf@mosessinger.com

      WHEREFORE, Jessica Caso Pedraja, moves this Court to enter an Order permitting Robert Wolf to appear before this Court on behalf of Defendant Pedro Juan Dominguez for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Robert Wolf.

Date: January 21, 2025          Respectfully submitted,

                        S/

                    JESSICA CASO PEDRAJA
                    Florida Bar No. 482234
                    jessica@casopedrajalaw.com
                    Caso Pedraja Law P.A.
                    (305) 810-9781
                    Attorneys for Pedro Juan Dominguez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-cr-20311-KMW-2

UNITED STATES OF AMERICA

v.

Pedro Juan Dominguez,

       Defendant.

_____/

**CERTIFICATION OF ROBERT WOLF**

     Robert Wolf, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York State Bar and the United States District Courts of the Southern and Eastern District of New York and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                        S/_____

                                                              ROBERT WOLF
                                                               New York Bar Id. No. 1874247
                                                              Email: rwolf@mosessinger.com
                                                              Moses Singer LLP
                                                             405 Lexington Avenue
                                                            New York, New York 10174
                                                           Tel. No. (212) 554-7825

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cr-20311-KMW-2**

UNITED STATES OF AMERICA

v.

Pedro Juan Dominguez,

       Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Robert Wolf, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Robert Wolf may appear and participate in this action on behalf of Defendant Pedro Juan Dominguez.  The Clerk shall provide electronic notification of all electronic filings to Robert Wolf at email: rwolf@mosessinger.com

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____

United States District Judge

Copies furnished to: All Counsel of Record