UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-cr-20311-KMW-2

UNITED STATES OF AMERICA

v.

Pedro Juan Dominguez,

      Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Robert Wolf, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Robert Wolf may appear and participate in this action on behalf of Defendant Pedro Juan Dominguez. The Clerk shall provide electronic notification of all electronic filings to Robert Wolf at email: rwolf@mosessinger.com

DONE AND ORDERED in Chambers at _____Miami_____, Florida, this 23rd day of _____January, 2025_____.

                                                       Kathleen M. Williams
                                                       United States District Court Judge

Copies furnished to: All Counsel of Record