UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20311-KMW

UNITED STATES OF AMERICA,

vs.

FRANCISCO TEODORO TAVAREZ MENDEZ, and
PEDRO JUAN DOMINGUEZ,

                **Defendants.**
_____/

NOTICE OF REASSIGNMENT

The UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby gives notice that Assistant United States Attorney Kevin Gerarde has been assigned as counsel in the above captioned case. All correspondence, pleadings and notices should be directed to the undersigned counsel.

                                        Respectfully submitted,

                                        MICHAEL S. DAVIS
                                        ACTING UNITED STATES ATTORNEY

                        By: s/ Kevin D. Gerarde
                             KEVIN D. GERARDE
                             ASSISTANT UNITED STATES ATTORNEY
                             Florida Bar No. 113844
                             11200 NW 20th Street, Suite 101
                             Miami, Florida 33172
                             Tel: (305) 715-7648/7655
                             Fax: (305) 715-7639
                             Email: Kevin.Gerarde@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on January 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                By: s/ Kevin D. Gerarde  
                                                      KEVIN D. GERARDE  
                                                      Assistant United States Attorney